**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **Criminal No. JRR-01:24-CR-303** |
| **v.** | * | |
| | * | |
| | * | |
| **Breal L. Madison, Jr.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |

**STATUS REPORT**

Comes now, the United States of America, by and through its undersigned attorneys, and reports to the Court as follows:

1.      On May 22, 2025, the Court held a status conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA") at which the parties agreed that by August 20, 2025, the United States would file a status report regarding the identification and disclosure of classified information in discovery.

2.      Since the May 22 status conference, the United States has worked with the relevant federal government agency ("Agency 1") to identify the universe of potentially discoverable material at Agency 1. Agency 1 made the potentially discoverable material available to the United States for review in several folders containing thousands of pages of material. To date, the United States has completed a review of approximately 75% of the folders and expects to complete its review in the next 45 days. On or before October 3, 2025, the United States will complete its review and will inform the Court and the Defendant whether its discovery obligations include classified information and whether the United States intends to invoke protections set forth

in Section 4 of the CIPA. Thereafter, the United States anticipates filing its motion under Section

4 of CIPA seeking any appropriate relief.

ABIGAIL SLATER
Assistant Attorney General

*Elizabeth French*

_____
ELIZABETH H. FRENCH
ZACHARY D. TROTTER
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal Section
450 5th Street, NW
Washington, D.C. 20530


Date: August 19, 2025

KELLY O. HAYES
United States Attorney


 /s/_____
SEAN R. DELANEY
Assistant United States Attorney
District of Maryland
36 S. Charles St. Fourth Floor
Baltimore, Maryland 21201

2