**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **Criminal No. JRR-01:24-CR-303** |
| **v.** | * | |
| | * | |
| | * | |
| **Breal L. Madison, Jr.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |

**STATUS REPORT**

Comes now, the United States of America, by and through its undersigned attorneys, and reports to the Court as follows:

1.      On May 22, 2025, the Court held a status conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA") at which the parties agreed that by August 20, 2025, the United States would file a status report regarding the identification and disclosure of classified information in discovery.

2.      On August 19, 2025, the United States submitted a status report regarding its review of potentially discoverable material made available by the relevant federal government agency ("Agency 1").

3.      The United States has completed its review and determined that its discovery does include classified information, and the United States will seek to invoke protections under Section 4 of the CIPA. The United States currently expects that fewer than 20 documents will be discoverable under CIPA. The United States is preparing its Section 4 motion.

ABIGAIL SLATER
Assistant Attorney General

KELLY O. HAYES
United States Attorney

_____

TREVOR WILMOT
ZACHARY D. TROTTER
ELIZABETH H. FRENCH
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal Section
450 5th Street, NW
Washington, D.C. 20530

            /s/
_____

SEAN R. DELANEY
Assistant United States Attorney
District of Maryland
36 S. Charles St. Fourth Floor
Baltimore, Maryland 21201

Date: October 3, 2025